**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN J. VARGAS,<br>Plaintiff,<br>v.<br>KERN VALLEY STATE PRISON, et al.,<br>Defendants. | Case No. 1:26-cv-03073 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 10 |

Juan J. Vargas seeks to hold Kern Valley State Prison ("KVSP") and a KVSP inmate, Andres Vizcarra, liable for violations of his civil rights, including failure to protect him from being assaulted by an inmate, denial of medical care, and negligence. *See generally* Doc. 1. The magistrate judge screened the complaint and found Vargas failed to state any cognizable claim against KVSP or Vizcarra. Vargas was granted leave to amend and was also informed that, alternatively, he could notify the Court that he wished to stand on the complaint. Doc. 8. Vargas did not respond to the Screening Order.

On June 17, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. Doc. 10 at 2-11. The magistrate judge also found Vargas failed to prosecute the action

and failed to comply with the Court's order, for which terminating sanctions were appropriate. *Id.* at 9-11. The Court served these findings and recommendations on Vargas with a notice that any objections were to be filed within 30 days. *Id.* at 11. The Court informed Vargas that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* at 11 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Vargas did not file objections, and the time to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 17, 2026 (Doc. 10) are ADOPTED in full.
2. This action is DISMISSED with prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE